NAOMI TORRES, an Infant, by Her Mother and Natural Guardian, EULALIA T. DE JESUS, et al., Plaintiffs, v. JAMES BRATCHER, JR., Respondent, and FOGARTY & NIELSEN, Appellants.—

Concur —

Stevens, P. J., Eager, Capozzoli and McGivern, JJ.